IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

HAROLD D. LATIN                   PLAINTIFF

v.         Civil No. 4:19-cv-04003

SHERIFF DANNY MARTIN, Nevada County,
Arkansas; JAILER ASHLEY; JAILER TOMMI;
JAILER KAREN; and JOHN DOE STAFF MEMBERS    DEFENDANTS

## ORDER

Before the Court is Plaintiff Harold D. Latin's Motion to Reopen Case. (ECF No. 8). Plaintiff filed this action *pro se* on January 14, 2019. (ECF No. 1). On January 23, 2019, Plaintiff's motion to proceed *in forma pauperis* was granted. (ECF No. 5). In that same order, Plaintiff was directed to file an Amended Complaint by February 14, 2019, to clarify his claims against the named defendants. Plaintiff failed to do so and on March 4, 2019, this case was dismissed without prejudice for failure to obey a court order. (ECF No. 7).

The Court finds there is good cause to reopen this case. Accordingly, Plaintiff's Motion to Reopen Case (ECF No. 8) is **GRANTED.**

**The Clerk is DIRECTED to reopen this case AND mail the Plaintiff a court-approved 1983 form.**

**Plaintiff is DIRECTED to submit an Amended Complaint by April 11, 2019.** In the Amended Complaint, Plaintiff must write short, plain statements telling the Court: the constitutional right Plaintiff believes was violated; the name of the Defendant who violated the right; exactly what the Defendant did or failed to do; how the action or inaction of that Defendant is connected to the violation of the constitutional rights; and what specific injury Plaintiff suffered because of the misconduct of that Defendant. *See Rizzo v. Goode*, 423 U.S. 362, 371-72, 377

1

(1976); Fed.R.Civ.P.8. Plaintiff must repeat this process for each person he has named as a Defendant. Plaintiff is CAUTIONED that he must affirmatively link the conduct of each named Defendant with the specific injury he suffered. If he fails to do so, the allegations against that Defendant will be dismissed for failure to state a claim.

Plaintiff must clearly designate on the face of the document that it is a First Amended Complaint. The First Amended Complaint must be retyped or rewritten in its entirely on the court-approved form. You may not refer back to any part of the original complaint. A First Amended Complaint supersedes, or takes the place of, the original Complaint. After amendment, the Court will treat the original Complaint as nonexistent. Any cause of action that was raised in the original Complaint is waived if it is not raised in the First Amended Complaint. **This case shall be subject to dismissal if Plaintiff fails to return the Amended Complaint by the Court's imposed deadline of April 9, 2019.**

**IT IS SO ORDERED,** this 21st day of March 2019.

/s/ *Barry A. Bryant*
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE