IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION


HAROLD D. LATIN                                                              PLAINTIFF


v.                                              Case No. 4:19-cv-4003


SHERIFF DANNY MARTIN, Nevada County,
Arkansas; JAILER ASHLEY TURNER;
JAILER TOMMI; LIEUTENANT KAREN
GROMBLEY; SERGEANT KRISTEN EVAN;
and ROBERT MISSY                                                            DEFENDANTS


## ORDER

Before the Court is the Report and Recommendation filed February 18, 2020, by the

Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas.

ECF No. 37. Judge Bryant recommends that Defendants' Motion for Summary Judgment (ECF

No. 30) be granted and Plaintiff's claims be dismissed. No party has filed objections to the Report

and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review,

the Court adopts the Report and Recommendation *in toto*. Accordingly, the Motion for Summary

Judgment (ECF No. 30) is **GRANTED**. All of Plaintiff's claims are **DISMISSED WITH**

**PREJUDICE**.

        **IT IS SO ORDERED**, this 12th day of March, 2020.


                                        /s/ Susan O. Hickey
                                        Susan O. Hickey
                                        Chief United States District Judge