IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

HAROLD D. LATIN                                                                                    PLAINTIFF

v.                                         Civil No. 4:19-cv-04003

SHERIFF DANNY MARTIN, Nevada County,
Arkansas; JAILER ASHLEY TURNER; JAILER TOMMI;
LIEUTENANT KAREN GHOMBLEY; SERGEANT
KRISTEN EVAN; and ROBERT MISSY                                            DEFENDANTS

## ORDER

On April 9, 2020, Plaintiff filed a Notice of Appeal. (ECF No. 39). With this Notice, Plaintiff also filed a Motion to Proceed *in forma pauperis* ("IFP") on appeal which was incomplete. (ECF No. 40). That same day, the Court ordered Plaintiff to submit a complete IFP application by April 24, 2020. (ECF No. 41). On April 22, 2020, Plaintiff submitted a second IFP application. (ECF No. 42).

According to the information provided, Plaintiff appears to qualify for IFP status. Accordingly, Plaintiff's IFP Motion (ECF No. 42) is hereby **GRANTED.** Pursuant to the provisions of the Prison Litigation Reform Act, the Clerk is **DIRECTED** to collect the $505 appellate filing fee from Plaintiff.

Plaintiff's first IFP Motion (ECF No. 40) is determined to be **MOOT**.

**IT IS SO ORDERED this 2nd day of March 2020.**

/s/ *Barry A. Bryant*
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE